William Kasel
946 3rd Street
Hermosa Beach, CA 90254
Telephone: (415) 818-6348
Email: wkasel@gmail.com
Plaintiff Pro Se

FILED

CLERK, U.S. DISTRICT COURT

6/30/2026

CENTRAL DISTRICT OF CALIFORNIA
BY_____jji_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM KASEL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL AG FINANCE INC., a Delaware corporation; JOSHUA J. MITCHEY, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:26-cv-04310-RGK (DSRx) <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am over the age of 18 years and am not a party to this action. My business or residence address is

946 3rd St. Hermosa Beach, CA.

On June 30, 2026, I served the following document(s):

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF (and this Proof of Service),

on the interested party in this action addressed as follows:

Ashley C. Seeley, Esq.

SEELEY LLC
1459 18th Street #174
San Francisco, California 94107
Email: ashley@calhounseeley.com
Attorney for Defendants National Ag Finance Inc. and Joshua J. Mitchey

[X] BY U.S. MAIL (Fed. R. Civ. P. 5(b)(2)(C)): I enclosed a true and correct copy of the above-listed document(s) in a sealed envelope, with first-class postage thereon fully prepaid, and deposited the envelope with the United States Postal Service, addressed as set forth above.

[ ] BY ELECTRONIC MAIL (Fed. R. Civ. P. 5(b)(2)(E), by consent): I transmitted a true and correct copy of the above-listed document(s) to the electronic mail address set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __June 30__, 2026, at __Hermosa Beach__, California.

_Mayn_____
(Signature)

_Megan Kasel_____
(Print name — must be a non-party, age 18 or older)