FILED

CLERK, U.S. DISTRICT COURT

7/24/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

William Kasel
946 3rd Street
Hermosa Beach, CA 90254
Telephone: (415) 818-6348
Email: wkasel@gmail.com
Plaintiff Pro Se

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILLIAM KASEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL AG FINANCE INC., a Delaware corporation; JOSHUA J. MITCHEY, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-04310-RGK-DSR<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL, AS MOOT, OF MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO COUNTERCLAIMS; REQUEST TO VACATE AUGUST 10, 2026 HEARING** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant William Kasel hereby withdraws, as moot, his Motion for Leave to File a First Amended Answer to Defendant National Ag Finance Inc.'s Counterclaims, filed via the Court's Electronic Document Submission System on July 10, 2026 (EDSS Tracking No. EDS-260710-003-5030; docket number not yet assigned), and noticed for hearing on August 10, 2026.

On July 14, 2026, Defendant National Ag Finance Inc. filed its Answer to the First Amended Complaint, which re-pleads its Counterclaims (Dkt. 41). Plaintiff will respond to the re-pleaded Counterclaims as of right within the time provided by Federal Rule of Civil Procedure 15(a)(3), which affords the relief the Motion sought. The Motion is therefore moot.

Plaintiff respectfully requests that the August 10, 2026 hearing be vacated. This withdrawal is without prejudice to, and is not a waiver of, any right, defense, or position.

Dated: July 21, 2026

William Kasel, Plaintiff Pro Se

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My address is 946 3rd Street, Hermosa Beach, California 90254.

On July 21, 2026, I served the foregoing PLAINTIFF'S NOTICE OF WITHDRAWAL, AS MOOT, OF MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO COUNTERCLAIMS on the party below:

Ashley C. Seeley, Esq.
SEELEY LLC
1459 18th Street #174
San Francisco, CA 94107
ashley@calhounseeley.com
Attorney for Defendants National Ag Finance Inc. and Joshua J. Mitchey

[X]  BY U.S. MAIL (Fed. R. Civ. P. 5(b)(2)(C)): I enclosed a true and correct copy in a sealed envelope with first-class postage prepaid and deposited it with the U.S. Postal Service.

[ ]  BY ELECTRONIC MAIL (Fed. R. Civ. P. 5(b)(2)(E), by consent): I transmitted a true and correct copy to the email address shown above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2026, at Eau Claire, Wisconsin.

_____
(Signature)
_____
Megan Kasel (print name)